# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RETIRED INDEPENDENT GUARDS ASSOCIATION OF NEVADA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BOARD OF TRUSTEES, INDEPENDENT GUARDS ASSOCIATION OF NEVADA-WACKENHUT SERVICES INCORPORATED PENSION TRUST FUND, *et al.*, <br><br> Defendants. | Case No.: 2:08-cv-00849-RLH-LRL <br><br> **O R D E R** |

Having been apprised that Defendants have 30 days after the Court issues an order concerning dispositive motions to file an opposition to Plaintiffs' motion for class certification (#136), the Court withdraws its previous order (#165) granting class certification.

Dated: September 12, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)