JACKSON LEWIS LLP
Paul Trimmer
Email: trimmerp@jacksonlewis.com
Nevada Bar # 9291
3960 Howard Hughes Parkway, Suite 450
Las Vegas, NV 89169
Phone: 702.921.2460
Fax: 702.921.2461

René E. Thorne (admitted *pro hac vice*)
Email: thorner@jacksonlewis.com
Louisiana Bar # 22875
Jason M. Stein (admitted *pro hac vice*)
Email: steinj@jacksonlewis.com
Louisiana Bar # 30073
650 Poydras St., Ste. 1900
New Orleans, LA 70130
Phone: 504.208.1755
Fax: 504.208.1759

Ashley Abel (*admitted pro hac vice*)
Email: abela@jacksonlewis.com
South Carolina Bar # 10097
55 Beattie Place, Suite 800
Greenville, SC 29601
Phone: (864) 232-7000
Fax: (864) 235-1381

Attorneys for Defendant
Benefits Administration Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RETIRED INDEPENDENT GUARDS ASSOCIATION OF NEVADA, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES, INDEPENDENT GUARDS ASSOCIATION OF NEVADA-WACKENHUT SERVICES INCORPORATED PENSION TRUST FUND; and<br><br>INDEPENDENT GUARDS ASSOCIATION OF NEVADA, and WACKENHUT SERVICES INCORPORATED,<br><br>Defendants. | Case No.: 2:08-CV-00849-RLH-LRL<br><br>**BENEFIT ADMINISTRATION CORPORATION'S MOTION FOR WAIVER OF ATTENDANCE OF INSURANCE REPRESENTATIVES AT SETTLEMENT CONFERENCE** |

-1-

Defendant, Benefit Administration Corporation ("BAC"), by and through its counsel, Jackson Lewis, LLP, moves, pursuant to this Court's July 8, 2011 Order [docket no. 154] scheduling a Settlement Conference, for an order excusing the physical attendance at the Settlement Conference of Magali Melendez, insurance representative for Travelers Bonds and Financial Products, and Sheila Glackin, Senior Claim Examiner of Chubb & Son for Federal Insurance Company, who provide policies of insurance, including costs of defense and potential indemnity to BAC.  Ms. Melendez lives and works in New Jersey and Ms. Glackin lives and works in Connecticut.

They are active and participating in this litigation on behalf of the insurers.  They also are extremely active in handling other claims files and their physical attendance would disrupt their ability to effectively manage those cases and would require two full days of cross country travel with associated expenses, unnecessarily increasing the already significant costs of defense of this litigation.  BAC submits that their physical attendance is unnecessary because BAC will have formulated a settlement position prior to the Settlement Conference and they will be available by telephone during the Settlement Conference to modify that position if necessary.  Finally, BAC will be personally represented at the Settlement Conference by its President and multiple legal representatives.

Additionally, Plaintiffs have failed to tender a demand for settlement at any time during this litigation. Moreover, as briefed in its pending Motion for Summary Judgment and further will be discussed in its Confidential Settlement Position Paper due on September 12, 2011, Plaintiffs' claims against BAC are defective as a matter of law because BAC never served as the plan administrator with legal responsibility for Plaintiffs' claims, all statutorily required mailings were timely made in accordance with legal requirements, no money damages are recoverable for Plaintiffs' claims, and Plaintiffs have not and cannot demonstrate bad faith,

intentional misconduct, prejudice, or any other factor warranting an assessment of discretionary statutory penalties against BAC. These circumstances undercut any argument that BAC or its insurers will be required to provide monetary payment to Plaintiffs to settle this lawsuit. Nonetheless, again, the insurance representatives will be available during the settlement conference via telephone to consider Plaintiffs' position during the settlement conference.

This same request has been made by co-defendant, Board of Trustees, Independent Guards Association of Nevada and the Court has granted a waiver for the attendance of the representative for Traveler's Insurance Company in regard to the insurance policy providing costs of defense and potential indemnity to the Board.

Respectfully submitted this 12th day of September, 2011.

JACKSON LEWIS LLP

/s/ Jason M. Stein
René Thorne (admitted *pro hac vice*)
Louisiana Bar # 22875
Jason Stein (admitted *pro hac vice*)
Louisiana Bar # 30073
650 Poydras St., Ste. 1900

Paul Trimmer
Nevada Bar # 9291
3960 Howard Hughes Parkway, Suite 450
Las Vegas, NV 89169
New Orleans, LA  70130

Ashley Abel (*admitted pro hac vice*)
South Carolina Bar # 10097
55 Beattie Place, Suite_800
Greenville, SC 29601

Attorneys for Defendant,
Benefits Administration Corporation

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  _____9-13-11_____

## **CERTIFICATE OF SERVICE**

I, Jason M. Stein, certify that a true and correct copy of the foregoing has been delivered via the Court's electronic filing and notice system to the following on the 12th day of September, 2011:

Athan T. Tsimpedes
Law Offices of Athan T. Tsimpedes
1420 New York Ave., NW, 7th Floor
Washington, DC 20005
Phone: 202-638-2100
Fax: 202-449-3499
Email: atsimpedes@comcast.net

Larry C. Johns
Law Office of Larry C. Johns
3017 W. Charleston Blvd., #30
Las Vegas, Nevada 89102
Phone: 702-387-5003
Fax: 702-387-5018
Email: lcjohns100@embarqmail.com

Whitney Selert
Fisher & Phillips, LLP
3800 Howard Hughes Pkwy
Suite 950
Las Vegas, NV 89169
Phone: 702-252-3131
Fax: 702-252-7411
Email: smahoney@laborlawyers.com

                                                        s/ Jason M. Stein
                                                        Jason M. Stein

4814-8097-6138, v. 1