# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RETIRED INDEPENDENT GUARDS ASSOCIATION OF NEVADA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES, INDEPENDENT GUARDS ASSOCIATION OF NEVADA-WAKENHUT SERVICES INCORPORATED PENSION TRUST FUND, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:08-cv-00849-RLH-LRL<br><br>**O R D E R** |

Because the Court has granted Defendants' motions for summary judgment (##155, 156), the Court dismisses all pending motions as moot. The Clerk of Court is instructed to close the case.

Dated this 28th day of October, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**